402 UNDERWOOD vs. CIRCUIT JUDGE (Newaygo), No. 13817½, 97 M., 626.

To compel respondent to vacate an order suspending relator from practice as an attorney at law for one year.

Order to show cause denied November 14, 1893, on the ground that mandamus is not the proper remedy.


403 WITHEY vs. CIRCUIT JUDGE (Osceola), No. 15235; 65 N. W., 668; 2 D. L. N., 828.

To compel respondent to determine relator's compensation for services rendered as attorney, appointed by the court, in the defense of a person charged with a felony, under Act No. 96, Laws of 1893.

Granted December 4, 1895, without costs.